UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>NIDA PROPERTY INC.,<br><br>               *Debtor*. | Chapter 11<br><br>Case No. 24-42408 (JMM) |

### STIPULATION AND NOTICE OF SUBSTITUTION OF ATTORNEY

**WHEREAS**, on June 11, 2024, the law firm of Ravert PLLC appeared as counsel of record by filing a notice of appearance on the docket sheet in the above-captioned chapter 11 case [ECF No. 6] on behalf of creditor 808 E 16 Funding LLC;

**WHEREAS**, as of the date below, Ravert PLLC is withdrawing as counsel for 808 E 16 Funding LLC and as of the date below the law firm of Goldberg Weprin Finkel Goldstein LLP will be substituted as counsel of record for 808 E 16 Funding LLC in this case;

**WHEREAS**, Goldberg Weprin Finkel Goldstein LLP agrees that within three (3) business days of the date this substitution of counsel is so-ordered by the Court, it will file its notice of appearance on behalf of 808 E 16 Funding LLC.

**NOT THEREFORE**, the undersigned agree that, as of and from the date this stipulation and notice of substitution of counsel is so-ordered by the Court, Ravert PLLC is relieved as counsel for 808 E 16 Funding LLC and Goldberg Weprin Finkel Goldstein LLP shall appear in this matter on behalf of 808 E 16 Funding LLC.

Dated: New York, New York
      July 14, 2024

| **RAVERT PLLC** | **GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP** |
|---|---|
| /s/ Gary O. Ravert<br>Gary O. Ravert<br>16 Madison Square West, FL12, #269<br>New York, New York 10010 | /s/ J. Ted Donovan<br>J. Ted Donovan<br>125 Park Avenue, 12th Floor |

Tel: (646) 961-4770  
Fax: (917) 677-5419  
gravert@ravertpllc.com

New York, NY 10017  
Tel: (212) 221-5700  
Fax: (212) 730-4518

*Counsel for the 808 E 16 Funding LLC*

*Incoming Counsel for 808 E 16 Funding LLC*

**IT IS SO-ORDERED**:

Dated: July 22, 2024  
     Brooklyn, New York



_____  
Jil Mazer-Marino  
United States Bankruptcy Judge