UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x
In re:                                              :
                                                    :   Case No.: 1-24-42408-jmm
Nida Property Inc.,                                 :
                                                    :   (Chapter 7)
                    Debtor.                         :
------------------------------------------------------- x

## NOTICE OF APPOINTMENT OF TRUSTEE

To:   Richard J. McCord, Esq.
      Certilman Balin Adler & Hyman
      90 Merrick Avenue
      East Meadow, NY 11554

The United States Trustee hereby appoints you as interim trustee, under 11 U.S.C. § 701(a), in the above captioned case, which was filed as a chapter 11 case on June 5, 2024 and converted to a case under chapter 7 on November 12, 2024.

You are covered by the Chapter 7 Blanket Bond, issued by the Liberty Mutual Insurance Company, which is on file with the Office of the United States Trustee for the Eastern District of New York, Brooklyn, New York. *See* 11 U.S.C. 322(a) and Fed. R. Bankr. P. 2010. In addition, because your blanket acceptance of appointment is on file, you are required to notify the undersigned in writing within seven days after receipt of this notice only if you reject this appointment. *See* Fed. R. Bankr. P. 2008 and 2010(a).

Dated: New York, New York
       November 14, 2024           WILLIAM K. HARRINGTON
                                   UNITED STATES TRUSTEE, REGION 2

                                   By: */s/* Marylou Martin
                                       Marylou Martin
                                       Assistant United States Trustee
                                       One Bowling Green, Room 510
                                       New York, NY 10004-1408
                                       Phone: 212.206.2580
                                       Facsimile: 212.668.2255
                                       Email: Marylou.Martin@usdoj.gov