UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

                                                                               Chapter 7

NIDA PROPERTY, INC.

                                                                               Case No.: 24-42408-jmm

                    Debtor.
----------------------------------------------------------x

**ORDER (I) DIRECTING WAQAS AHMAD AND/OR A RESPONSIBLE PARTY OF THE DEBTOR TO APPEAR AND BE EXAMINED AT THE §341A MEETING OF CREDITORS SCHEDULED FOR JUNE 11, 2025, AT 12:00 P.M.; (II) DIRECTING COMPLIANCE WITH THIS COURT'S ORDER DATED MARCH 24, 2025, AND THE TURNOVER OF INFORMATION AND DOCUMENTATION; AND (III) AWARDING THE TRUSTEE THE ATTORNEY'S FEES AND COSTS OF THIS MOTION**

Upon the motion [ECF Doc. No 63] (the "Motion") having been made to this Court by Richard J. McCord, Esq. (the "Trustee") as the Chapter 7 Trustee of the estate of Nida Property Inc. (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, for an Order pursuant to 11 U.S.C. §§105, 341(a), 521(a)(3), (a)(4), 541(a)(1), 542(e), 543(b)(1) and Bankruptcy Rules 4002(a)(1) and (a)(2), 9011, 9014 and 9016, (i) directing Waqas Ahmad and/or a responsible party of the Debtor to appear and be examined at the §341A Meeting of Creditors scheduled for June 11, 2025 at 12:00 p.m.; (ii) directing Waqas Ahmad and/or a responsible party of the Debtor to cooperate with the Trustee and comply with the Orders of this Court dated November 25, 2024 and March 24, 2025, to appear for examination and produce documents pursuant to the Subpoena for Rule 2004 Examination; (iii) awarding the Trustee's Attorney's fees and costs of this Motion in the amount of $2,500.00; and (iv) for such, other further and related relief as the Court deems just, proper and equitable (the "Motion"); and upon said Affirmation of Richard McCord in Support of the Motion [ECF Doc. No.63]; and upon the Affidavit of Service of the Motion and Order [ECF Doc. No. 63]; and it appearing that the Court

has jurisdiction over this matter; and due notice of the Motion and this Order having been served upon the Debtor, Debtor's Counsel, Waqas Ahmad, the Office of the United States Trustee and all parties that filed a notice of appearance, and after due consideration, it is hereby

**ORDERED**, that the Motion be, and it hereby is, GRANTED, to the extent set forth herein; and it is further

**ORDERED**, that Waqas Ahmad and/or a responsible party of the Debtor must appear and be examined at the §341A Meeting of Creditors scheduled for June 11, 2025, at 12:00 p.m.; and it is further

**ORDERED**, that Waqas Ahmad and/or a responsible party of the Debtor and Cardenas Islam and Associates, PLLC must comply with this Court's Order dated March 24, 2025, and turnover all documents reflected on Exhibit A annexed hereto within ten (10) business days of the entry of this Order; and it is further

**ORDERED**, that the Court hereby grants monetary sanctions in favor of the Trustee against the Debtor, in the amount of $2,500.00, for legal fees incurred by the Trustee in connection with the Motion, which shall be made payable to Certilman Balin Adler & Hyman, LLP, and remitted in certified funds so as to be received on or before June 30, 2025; and it is further

**ORDERED**, that failure to comply with this Order will result in sanctions against the Debtor, Waqas Ahmad and Cardenas Islam and Associates PLLC, in the amount of $1,000.00 per day until the documents are received.



Dated: June 13, 2025
      Brooklyn, New York

                                                      Jil Mazer-Marino
                                      United States Bankruptcy Judge