

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

RICHARD J. MCCORD
PARTNER
DIRECT DIAL 516.296.7801
rmccord@certilmanbalin.com

**VIA ELECTRONIC CASE FILING**

November 6, 2025

Honorable Jil Mazer-Marino
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Nida Property Inc.**
                   **Chapter 7**
                   **Case No.: 24-42408-jmm**

Dear Judge Mazer-Marino:

    Pursuant to the bidding procedures contained in the Order Pursuant to 11 U.S.C. §§105 and 363 (i) Authorizing the Trustee to Sell the Real Properties Located at 808-814 East 16th Street Brooklyn, New York 11230 to the Highest and Best Bidder at an Auction Sale; (ii) Scheduling a Hearing to Approve Such Sale to the Highest and Best Bidder; (iii) Approving Bidding Procedures; and (iv) Approving the Manner and Extent of Notice of Such Auction Hearing [ECF No. 77]("Bid Procedures Order"), prospective bidders were to submit their bids by 5:00 p.m. on November 5, 2025. The Trustee did not receive any qualifying bids from any prospective bidders.

    Accordingly, the auction sale scheduled for November 6, 2025, at 11:00 a.m. is hereby cancelled and the Trustee has designated the stalking horse bidder as the successful bidder, subject to this Court's approval.

    It is respectfully requested that the sale approval hearing scheduled for November 18, 2025, at 2:00 p.m. be marked off the calendar and the proposed Order confirming sale, which is enclosed herein, be considered for approval.



Honorable Jil Mazer-Marino
Page 2
November 6, 2025

    If your Honor should have any questions or require additional information, please do not hesitate to have a member of chambers contact this office. Thank you.

                         Very truly yours,

                         /s/ Richard J. McCord
                         RICHARD J. MCCORD
                         CHAPTER 7 TRUSTEE

Encl.
RJM:af
    cc: Nazar Khodorovsky, Esq. (nazar.khodorovsky@usdoj.gov)
        Kevin Nash, Esq. (knash@gwfglaw.com)
        J. Ted Donovan, Esq. (tdonovan@gwgflaw.com)
        Gary Ravert, Esq. (gravert@ravertpllc.com)
        Barak Cardenas, Esq. (barak@cardenasislam.com)
        Reza Islam, Esq. (rmi@cardenasislam.com)
        Marc Yaverbaum (my@myccorp.com)
        Victor Moneypenny (vm@myccorp.com)
        David Lapa, Esq. (david@melalaw.com)