UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
In re:

NIDA PROPERTY INC.,

          Debtor.
-----------------------------------x

Chapter 7

Case No: 24-42408-jmm

**ORDER (I) HOLDING WAQAS AHMAD AND CARDENAS ISLAM & ASSOCIATES, PLLC IN CONTEMPT FOR VIOLATION OF THE COURT'S ORDER CONCERNING APPEARANCE AT §341A MEETING OF CREDITORS AND COMPLIANCE WITH COMPEL ORDER; (II) GRANT SANCTIONS AGAINST WAQAS AHMAD AND/OR RESPONSIBLE PARTY OF THE DEBTOR AND CARDENAS ISLAM & ASSOCIATES, PLLC; AND (III) GRANTING RELATED RELIEF TO THE TRUSTEE**

Upon the motion [ECF No. 83] (the "Motion") of Richard J. McCord, Esq. (the "Trustee"), the Chapter 7 trustee of the estate of Nida Property Inc. (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, seeking the entry of an order, among other things, pursuant to 11 U.S.C. §§105, and Bankruptcy Rules 9011, 9014 and 9020, for an Order (i) holding Waqas Ahmad ("Ahmad") and/or a responsible party of the Debtor, and Cardenas Islam & Associates, PLLC ("Cardenas"), as counsel to the Debtor, in contempt for violation of this Court's *Order Authorizing Examination and Production of Documents of Waqas Ahmad and/or a Responsible Party of the Debtor Pursuant to Bankruptcy Rule 2004* [ECF No. 32] (the "2004 Order")*, the Order Directing Waqas Ahmad, And/or a Responsible Party of Nida Property Inc., to Cooperate With the Trustee, Comply With the Subpoena to Testify at a Deposition in a Bankruptcy Case (Or Adversary Proceeding) Turnover Documents And Appear for a Deposition* [ECF No. 53] ("Compel Order")*;* and the *Order (i) Directing Waqas Ahmad and/or a Responsible Party of the Debtor to Appear and be Examined at the §341A Meeting of Creditors Scheduled for June 11, 2025, at 12:00 p.m.; (ii) Directing Compliance with this Court's Order Dated March 24, 2025,*

*and the Turnover of Information and Documentation; and (iii) Awarding the Trustee the Attorney's Fees and Costs of this Motion* entered on June 13, 2025 [ECF No. 65] ("Order Directing"), in failing to appear at the §341A Meeting of Creditors, turning over documents, and failure to remit monetary sanctions awarded pursuant to said Orders; (ii) granting sanctions against Ahmad and/or responsible party of the Debtor and Cardenas in the form of $1,000.00 per day until such time as the documents requested are turned over to the Trustee and Ahmad and/or a responsible party of the Debtor are examined at a §341 Meeting of Creditors and awarding the Trustee and his counsel appropriate costs and expenses including attorneys' fees; and (iii) for such, other further and related relief as the Court deems just, proper and equitable; and holding a hearing on the relief requested in the Motion on December 9, 2025 (the "Hearing"), the record of which is incorporated herein by reference; and the Court having found that the entry of this order is fair and reasonable and in the best interest of the estate and its creditors; and sufficient cause having been shown therefore; and no additional notice being necessary or required; requiring and after due deliberation by this Court;

**IT IS HEREBY FOUND,** that the 2004 Order, Compel Order and Order Directing are clear and unambiguous concerning the duties, responsibilities and obligations of Ahmad ~~and/or a responsible party of the Debtor~~ and Cardenas thereunder;**(JMM)**

**IT IS HEREBY FURTHER FOUND**, that Ahmad ~~and/or a responsible party of the Debtor~~ and Cardenas had knowledge of the existence of the 2004 Order, Compel Order and Order Directing and their respective duties, responsibilities and obligations thereunder; **(JMM)**

**IT IS HEREBY FURTHER FOUND**, that Ahmad ~~and/or a responsible party of the Debtor~~ and Cardenas ~~are in non-compliance with their duties, responsibilities and obligations under the clear and unambiguous terms of~~ **did not comply with** the 2004 Order, Compel Order and Order Directing (i) failing to turnover the financial documents of the Debtor; (ii) ~~appearing~~ **failing to appear** for examination at the §341(a) Meeting of Creditors; and (iii) interfering with the Trustee's administration of the Debtor's estate and the Real Properties because of the foregoing;

**(JMM)**

**IT IS HEREBY FURTHER FOUND**, that neither Ahmad ~~and/or a responsible party of the Debtor and~~ **nor** Cardenas have established or ~~ever~~ asserted an inability to comply with their duties, responsibilities and obligations under the 2004 Order, Compel Order and Order Directing;

**IT IS HEREBY FURTHER FOUND**, that ~~as a result of the foregoing,~~ Ahmad ~~and/or a responsible party of the Debtor~~ and Cardenas are in contempt of the 2004 Order, Compel Order and Order Directing and sanctions should be imposed on them; **(JMM)**

**AND AFTER** due deliberation having been had, and good and sufficient cause having been shown;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. For the reasons set forth on the record of the Hearing, Ahmad and Cardenas be, and hereby are, each adjudged to be in civil contempt for their respective failures to comply with the 2004 Order, Compel Order and Order Directing and their respective failure to cooperate with the Trustee in the administration of this estate.

2. ~~Upon entry of this Order, the~~ **Within seven days of entry of this Order, the** Trustee is directed to serve a copy of this Order upon Ahmad ~~and/or a responsible party of the Debtor~~ and Cardenas via overnight mail. **(JMM)**

3. The Trustee ~~and his counsel are~~ is awarded costs and attorneys' fees incurred in connection with the Motion **against Ahmad and Cardenas, jointly and severally**. **Within sixty days after entry of this Order, the Trustee shall file an invoice detailing the costs and attorneys' fees incurred in connection with the Motion and schedule a hearing for the Court to consider the award on no less than fourteen days' notice, on Ahmad and Cardenas. (JMM)**

4. **Within ten days of entry of this Order,** Ahmad ~~and/or a responsible party of the Debtor~~ and Cardenas ~~are directed to~~ **shall** turn over all documents requested pursuant to the 2004

Order, Compel Order and Order Directing ~~by no later than December 19, 2025~~.  **Should Ahmad or Cardenas fail to turn over the documents timely, Ahmad and Cardenas shall each be fined $1,000 per day for each they are in non-compliance with this Order. (JMM)**

5. Ahmad ~~and/or a responsible party of the Debtor~~ and Cardenas are directed to appear for the §341(a) ~~A~~ Meeting of Creditors on January 14, 2026, at 2:00 p.m. **If Ahmad or Cardenas fails to appear at the 341(a) Meeting as such meeting may be adjourned or rescheduled without the prior written consent of the Trustee, the defaulting party shall be fined $1,000 for each missed appearance; provided, however, Ahmad shall be excused from attending the meeting if another responsible person for the Debtor appears. (JMM)**

6. ~~Ahmad and /or a responsible party of the Debtor and Cardenas shall be sanctioned $1,000.00 per day, which shall commence running fourteen (14) days after this Order is served upon Ahmad and/or a responsible party of the Debtor and Cardenas.~~ **(JMM)**

7. The Trustee is authorized to do such things, expend such funds and execute any documents necessary to implement the terms of this Order.

Dated: December 23, 2025
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge

8645493.1