UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

                                 Chapter 7

NIDA PROPERTY INC.,                 Case No.: 24-42408-jmm

         Debtor.
---------------------------------------------------------x

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO CERTILMAN BALIN ADLER & HYMAN, LLP AS COUNSEL TO THE CHPATER 7 TRUSTEE**

Upon the application dated February 5, 2026, by Certilman Balin Adler & Hyman, LLP, as counsel to Richard J. McCord, Esq., as Chapter 7 Trustee (the "Trustee") for the Estate of Nida Property Inc. ("Debtor"), seeking an award of first and final compensation for the period of November 14, 2024 through February 3, 2026, for Certilman Balin Adler & Hyman, LLP ("Application")[ECF No. 93]; and a hearing on the Application having been held on April 14, 2026 ("Hearing"); and good and sufficient notice of the Application and the Hearing having been provided; and objections, if any, having been overruled, withdrawn or resolved, and good cause appearing therefor, it is

**ORDERED**, that the Application is granted to the extent provided in the attached Schedule; and it is further

**ORDERED**, that the Trustee is hereby authorized to disburse the award of compensation and expenses to Certilman Balin Adler & Hyman, LLP.

Dated: April 28, 2026
     Brooklyn, New York



_____
Jil Mazer-Marino
Chief United States Bankruptcy Judge

8789149.1