## SCHEDULE A
## FINAL FEE APPLICATION

**Application ECF No. 93**
**Period November 14, 2024 through February 3, 2026**

| Final Fees Requested in Application | Reductions to Fees | Final Fees Awarded | Fees Paid to Date | Final Fees Due | Final Expenses Requested in Application | Reductions to Expenses | Final Expenses Awarded | Expenses Paid to Date | Final Expenses Due |
|---|---|---|---|---|---|---|---|---|---|
| $300,776.25 | $-0- | $300,776.25 | N/A | $300,776.25 | $3,694.39 | N/A | $3,694.39 | N/A | $3,694.39 |

8789148.1